THE HONORABLE _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNETH ANDERSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN DEERE & COMPANY, JOHN DEERE SHARED SERVICES, INC., HOME DEPOT USA, INC.,<br><br>　　　　Defendant. | Case No. _____<br><br>DEFENDANTS' CORPORATE DISCLOSURE STATEMENT |

　　　Pursuant to Federal Rule of Civil Procedure 7.1, defendants Deere & Company and John Deere Shared Services, Inc., a wholly owned subsidiary of Deere & Company, submit the following Corporate Disclosure Statement:

　　　Deere & Company has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

/ / /

/ / /

/ / /

/ / /

/ / /

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

PDX\123481\192277\NSR\18891673.1

John Deere Shared Services, Inc., is a wholly owned subsidiary of Deere & Company.

Dated this 8th day of August, 2016.

                                        SCHWABE, WILLIAMSON & WYATT, P.C.

By: _____
Jeffrey S. Eden, WSBA #19603
Email: jeden@schwabe.com
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
*Attorneys for Defendants John Deere & Company, John Deere Shared Services, Inc.*

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

PDX\123481\192277\NSR\18891673.1

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on the 17th day of August, 2016, I electronically filed the foregoing DEFENDANTS' CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gary G. Norris, Esq.
Law Office of Gary G. Norris
723 NE Baker Street, Suite 100
McMinnville, OR 97128
gary@ggnlaw.com
*Attorney for Plaintiff*

Dennis G. Woods
Natasha A. Khachatourians
Scheer Law Group LLP
701 Pike Street, Suite 2200
Seattle, WA 98101
dwoods@scheerlaw.com
nkhachatourians@scheerlaw.com
*Attorneys for Defendant*
HOME DEPOT USA, INC.

Dated this 17th day of August, 2016.

SCHWABE, WILLIAMSON & WYATT, P.C.

By:  /s/ Jeffrey S. Eden
Jeffrey S. Eden, WSBA #19603
Email:  jeden@schwabe.com
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
*Attorneys for Defendants John Deere & Company, John Deere Shared Services, Inc.*

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

PDX\123481\192277\NSR\18891673.1